C. Stanley Hunterton
Nevada Bar No. 1891
Pamela R. Lawson
Nevada Bar No. 5044
HUNTERTON & ASSOCIATES
333 South Sixth Street
Las Vegas, Nevada 89101
Phone:  (702) 388-0098
Fax:  (702) 388-0361

Joseph A. Boyle (admitted *pro hac vice*)
Lauri A. Mazzuchetti (admitted *pro hac vice*)
KELLEY DRYE & WARREN LLP
200 Kimball Drive
Parsippany, New Jersey 07054
Phone:  (973) 503-5900
Fax:  (973) 503-5950

Attorneys for Defendant
NOS Communications, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:  NOS COMMUNICATIONS<br><br>MDL No. 1357 | Master File No. CV-S-01-0861-LDG-PAL |
| OLGA FISHER, doing business as FISHER ENTERPRISES,<br><br>     Plaintiff,<br><br>     -against-<br><br>NOS COMMUNICATIONS, INC.,<br><br>     Defendant | Civil Action No.: CV-S-99-0622-LDG-PAL<br><br>**JOINT STIPULATION OF DISMISSAL OF ALL CLAIMS BY PLAINTIFF OLGA FISHER, d/b/a FISHER ENTERPRISES AND DEFENDANT NOS COMMUNICATIONS, INC.** |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Olga Fisher, doing business as Fisher Enterprises, and Defendant NOS Communications, Inc., by and through the undersigned

signatures of their counsel, hereby stipulate that the above-captioned action, including all claims and counterclaims that were or could have been asserted therein; be dismissed with prejudice and with all parties bearing their own costs.

Dated:  October 11, 2011

| KANTROWITZ GOLDHAMER & GRAIFMAN, P.C. | KELLEY DRYE & WARREN  LLP |
|---|---|
| BY:  __/Gary S. Graifman_____<br>Gary S. Graifman<br>747 Chestnut Ridge Road<br>Chestnut Ridge, NY 99201-0466<br>*Attornes for Plaintiff:*<br>*Olga Fisher.* | BY:  __Lauri A. Mazzuchetti_____<br>Lauri A. Mazzuchetti<br>200 Kimball Drive<br>Parsippany, NJ  07054<br>*Attorneys for Defendant:*<br>*NOS Communications, Inc.*<br>*Attorneys for Defendant:* |

STULL STULL & BRODY

BY:____*Howard T. Longman*_____
    Howard T. Longman
    6 East 45th Street
    New York, N.Y. 10017
    *Attorney for Plaintiff Olga Fisher*

## ORDER

**IT IS SO ORDERED**

Dated this  14  day of October, 2011

_____
Lloyd D. George
Sr. U.S. District Judge